No. 73–1288. ALFRED DUNHILL OF LONDON, INC. *v.* REPUBLIC OF CUBA ET AL. C. A. 2d Cir. [Certiorari granted, 416 U. S. 981.] Motion of John G. Laylin et al. for leave to file a brief as *amici curiae* denied.

No. 74–1151. PLANNED PARENTHOOD OF CENTRAL MISSOURI ET AL. *v.* DANFORTH, ATTORNEY GENERAL OF MISSOURI, ET AL.; and

No. 74–1419. DANFORTH, ATTORNEY GENERAL OF MISSOURI *v.* PLANNED PARENTHOOD OF CENTRAL MISSOURI ET AL. Appeals from D. C. E. D. Mo. [Probable jurisdiction noted, *ante,* p. 819.] Motion of Missouri Nurses for Life for leave to file a brief as *amicus curiae* granted.

No. 74–1318. DREW MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. *v.* ANDREWS ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 820.] Motion of Equal Rights Advocates, Inc., et al. for leave to file a brief as *amici curiae* granted. Motion of respondents for divided argument granted.

No. 74–1542. UNION ELECTRIC Co. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 8th Cir. [Certiorari granted, *ante,* p. 821.] Motion of Exxon Corp. et al. for leave to file an untimely brief as *amici curiae* denied.

No. 75–110. SAKRAIDA *v.* AG PRO, INC. C. A. 5th Cir. [Certiorari granted, *ante,* p. 891.] Motion of Bar Association for the District of Columbia for leave to file a brief as *amicus curiae* granted.